## OXE agt HENDERSON

Robert Oxe Attourny of Edward Gosling of London marrin[r] plaint. ag[t] William Henderson Def[t] for witholding the Summe of twenty Eight pounds fifteen Shillings sterling mony which the s[d] Gosling did deliver unto and entrust with the s[d] Henderson in the month of Decemb[r] 1672. who promised to repay and deliver back the s[d] Summe to s[d] Gosling or his order on demand as wilbee made appeare by Evidence with just damages &c. The parties joined issue by consent and after the complaint Letter of Attourny and Evidences in the case produced were read & committed to the Jury which remain on

file with the Records of this Court  The Jury brought in theire verdict they found for the Defend<sup>t</sup> costs of Court allow<sup>d</sup> Forty one Shilling Execution issued Janur<sup>o</sup> 30. 77